# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 6, 2020

160083 & (16)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ODELL DWAYNE DOUGLAS,
        Defendant-Appellant.

SC: 160083
COA: 347741
Genesee CC: 90-043984-FC

_____/

On order of the Court, the application for leave to appeal the June 28, 2019 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Manning* (Docket No. 160034) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case. The motion to remand remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 6, 2020



Clerk

t0303